# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., | : | No. 79 MAP 2019 |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Commonwealth Court at No. 609 FR |
| | : | 2015 dated September 30, 2019 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**                                              **DECIDED:  August 18, 2020**

**AND NOW,** this 18th day of August, 2020, the Commonwealth Court's Orders dated September 6, 2018 and September 30, 2019 are **AFFIRMED**.